1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 | Telephone: (949) 722-0055      JS-6
Fax:(949) 722-8416
4 |
Attorney for: PLAINTIFF
5 |

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,           No. CV 12-8824

12 |                Plaintiff,

13 |     vs.                             CONSENT JUDGMENT

14 | Larry Dillard, aka Larry L.

15 | Dillard,

16 |                Defendant

17 |     Pursuant to the above stipulation of the parties,

18 | Judgment is hereby entered in favor of Plaintiff, UNITED

19 | STATES OF AMERICA, against Defendant, Larry Dillard, aka

20 | Larry L. Dillard, in the principal amount of $2,598.35 plus

21 | interest accrued to October 10, 2012, in the sum of

22 | $3,528.62; with interest accruing thereafter at 8% annually

23 | until entry of judgment, administration costs in the amount

24 | of $40.00, for a total amount of $**6,166.97**.

25 |

26 | DATED: 11/20/2012               By: TERRY NAFISI

27 |                                     Clerk of the Court

28 |
                                    Deputy Clerk
                                United States District Court

Page 5