JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Larry Dillard, aka Larry L. Dillard,<br><br>Defendant | No. CV 12-8824<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Larry Dillard, aka Larry L. Dillard, in the principal amount of $2,598.35 plus interest accrued to October 10, 2012, in the sum of $3,528.62; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $40.00, for a total amount of **$6,166.97**.

DATED: 11/20/2012

By: TERRY NAFISI
Clerk of the Court

_____
Deputy Clerk
United States District Court